*480] * The jury were of the same opinion, and found a verdict for the plaintiff with 60l. damages and 6d. costs.

Mr. Tilghman, *pro quer.*

Messrs. Moylan and S. Levy, *pro def.*

Cited in 5 S. & R., 130; 8 S. & R., 501; 9 S. & R., 338; 4 Rawle, 290; 6 Wh., 422; 11 Pa., 385, to show that the doctrine of market overt does not exist in Pennylvania.

## Mary Jones *against* Samuel Ringold.

Interest is due on a parol award for the sum awarded.

INDEBITATUS *assumpsit.* Pleas, *non assumpsit* and payment.

It appeared that the plaintiff had boarded and lodged the defendant and his family for some time; and a dispute arising about some of the items of the account, it was submitted to arbitrators by parol, who struck off 11l. from the plaintiff's claim, and awarded 55l. 1s. 4d. to be paid by the defendant.

The court informed the jury, that they should give a verdict for that sum and interest from the time of the award. It was equivalent to a (Vid. 3 Wils. 206.  2 Vez. 365) settled account between the parties.

Verdict for the plaintiff for 58l. 7s. 4d. damages.

Mr. Hallowel, *pro quer.*   Mr. S. Levy, *pro def.*